## (October 16, 1980)

■ ARNOLD GROSSMAN et al., Appellants, v DORFF CONSTRUCTION COMPANY et al., Respondents.—Order, Supreme Court, New York County, entered September 20, 1979, which, *inter alia,* directed plaintiff's attorney to

pay defendant Dorff Construction Co., Inc., $1,000 as costs and legal expenses, modified, on the law and on the facts, to strike the provision directing such payment, without costs, and otherwise affirmed. The failure of plaintiff's counsel to disclose that a prior oral application for a stay had been denied (CPLR 2217, subd [b]) warrants criticism, even if, as is at least possible, the omission resulted from an error of judgment. However, the record does not sustain Special Term's direction to plaintiff's counsel to pay $1,000 to defendant "as costs and legal expenses." Concur—Fein, J. P., Sandler, Sullivan, Bloom and Carro, JJ.